Jason G. Revzin
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEN R. ONGTENGCO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORP, BAYVIEW LOAN SERVICING, LLC, EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-02618-APG-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COMES NOW Plaintiff Ken R. Ongtengco ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On October 9, 2017, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 1, 2017. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to

/ / /

/ / /

/ / /

file responsive pleadings to Plaintiff's Complaint until December 1, 2017. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: October 26, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
Jason.revzin@lewisbrisbois.com
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
Counsel for Trans Union LLC

DATED: October 26, 2017

**HAINES & KRIEGER, LLC**

/s/ David H. Krieger
David H. Krieger
Nevada Bar No. 9086
dkrieger@hainesandkrieger.com
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 385-5518 Fax
Counsel for Plaintiff

## **ORDER**

IT IS SO ORDERED.

DATED this 27th day of October, 2017

_____
Honorable George Foley, Jr.
U.S. Magistrate Judge