David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, KEN R. ONGTENGCO*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KEN R. ONGTENGCO, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA FINANCE CORP; BAYVIEW LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, <br><br> Defendants. | **Case No. 2:17-cv-02618-APG-GWF** <br><br> **STIPULATION AND ORDER DISMISSING ACTION AS TO TRANS UNION, LLC ONLY with Prejudice** |

Plaintiff KEN R. ONGTENGCO and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed in

…

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC with prejudice**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: December 4, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Jason Revzin, Esq.
Jason Revzin, Esq.
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
*Attorney for Defendant TRANS UNION, LLC*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 4, 2017