# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEN R. ONGTENGCO, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA FINANCE CORP., et al., <br><br> Defendants. | Case No. 2:17-cv-02618-APG-GWF <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT** <br><br> (ECF No. 12) |

In light of the parties' stipulation dismissing defendant Trans Union, LLC (ECF No. 12),

IT IS ORDERED that defendant Trans Union, LLC's motion to dismiss **(ECF No. 12) is DENIED as moot**.

DATED this 9th day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE